966 F.2d 1512
 1992-2 Trade Cases P 69,912
 TRANS WORLD AIRLINES, INC., et al., Plaintiffs-Appellees,
v.
Dan MORALES, Attorney General of the State of Texas, et al.,
Defendants-Appellants.
 No. 90-8387.
 United States Court of Appeals,
Fifth Circuit.
 July 14, 1992.
 
 Robert F. Manifold, Asst. Atty. Gen., Seattle, Wash., for Atty. Gen. of Washington.
 Jane F. Wheeler, Ned Bastow, Asst. Attys. Gen., Oklahoma City, for Atty. Gen. of Oklahoma.
 Hugh Kenny, Sr. Asst. Atty. Gen., Cheyenne, Wyo., for Atty. Gen. of Wyoming.
 Timothy Wood, Asst. Atty. Gen., Salem, Or., for Atty. Gen. of Oregon.
 Clayton S. Friedman, Asst. Atty. Gen., St. Louis, Mo., for Atty. Gen. of Missouri.
 Ernest L. Sarason, Jr., Asst. Atty. Gen., Dept. of AG, Consumer Protection Div., Boston, Mass., for Atty. Gen. of Massachusetts.
 Charlotte H. Rappuhn, Asst. Atty. Gen., Nashville, Tenn., for Atty. Gen. of Tennessee.
 Andrea C. Levine, Asst. Atty. Gen., New York St. Dept. of Law, New York City, for Atty. Gen. of New York.
 Robert J. Lamont, Sen. Deputy Atty. Gen., Charleston, W. Va., for Atty. Gen. of West Virginia.
 Lisa Barrett, Asst. Atty. Gen., Montpelier, Vt., for Atty. Gen. of Vermont.
 Catherine K. Broad, Deputy Atty. Gen., Boise, Idaho, for Atty. Gen. of Idaho.
 Jeffrey P. Hallem, Asst. Atty. Gen., Pierre, S.D., for Atty. Gen. of South Dakota.
 Vincent DeMarco, Asst. Atty. Gen., Baltimore, Md., for Atty. Gen. of Maryland.
 David Woodward, Special Asst. Atty. Gen., St. Paul, Minn., for Atty. Gen. of Minnesota.
 Carmen D. Claudio, Asst. Atty. Gen., Phoenix, Ariz., for Atty. Gen. of Arizona.
 Robert T. Stephan, Atty. Gen., Topeka, Kan., for Atty. Gen. of Kansas.
 James C. Gulick, Special Atty. Gen., K.D. Sturgis, Asst. Atty. Gen., N.C. Dept. of Justice, Raleigh, N.C., for Atty. Gen. of North Carolina.
 David W. Huey, Asst. Atty. Gen., Bismarck, N.D., for Atty. Gen. of North Dakota.
 Stephen Gardner, Craig Jordan, Asst. Attys. Gen., Dallas, Tex., for Atty. Gen. of Texas.
 Robert M. Langer, Asst. Atty. Gen., Hartford, Conn., for Atty. Gen. of Connecticut.
 Ellen B. Leidner, Asst. Atty. Gen., Consumer Protection Div., Columbus, Ohio, for Atty. Gen. of Ohio.
 Richard L. Cleland, Special Asst. Atty. Gen., Iowa Dept. of Justice, Des Moines, Iowa, for Atty. Gen. of Iowa.
 Barbara W. Tuerkheimer, Madison, Wis., for Atty. Gen. of Wisconsin.
 Albert N. Shelden, Deputy Atty. Gen., John K. Van de Kamp, San Diego, Cal., for Atty. Gen. of California.
 Ronald D. Secrest, David Wilks Corban, Fulbright & Jaworski, Houston, Tex., Andrew C. Freedman, Fulbright & Jaworski, New York City, Frederick deB. Bostwick, III, Naman, Howell, Smith & Lee, Waco, Tex., for appellees Trans World Airlines, et al.
 Mary McGuire Voog, Mark A. Buckstein, Mount Kisco, N.Y., for Trans World Airlines, Inc.
 John J. Williams, Associate Gen. Counsel, Houston, Tex., for Continental Airlines, Inc.
 Karen K. Crider, Jackson Heights, N.Y., Mark McCall, Sullivan & Cromwell, Washington, D.C., for British Airways PLC.
 ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES
 Before JOHNSON, SMITH and WIENER, Circuit Judges.
 PER CURIAM:
 
 
 1
 Pursuant to the Supreme Court opinion in Morales v. Trans World Airlines, Inc., --- U.S. ----, ----, 112 S.Ct. 2031, 2041, 119 L.Ed.2d 157 (1992), this Court remands this case to the district court for the imposition of an injunction that is limited to the attempted enforcement of the fare advertising sections of the challenged guidelines. In all other respects, this Court affirms the judgment of the district court.